ADAMSON, Appellant, v. PETERSEN, Respondent
(4 N. W.2d 808.)
(File No. 8517. Opinion filed July 3, 1942.)

**Krause & Van Buren,** of Dell Rapids, for Appellant.

**B. O. Stordahl** and **R. G. May,** both of Sioux Falls, for Respondent.

PER CURIAM. The plaintiff sought to appeal from a non-appealable order which vacated a judgment and permitted the defendant to answer. Duba v. Mellette County, 67 S. D. 90, 289 N. W. 417.

The appeal is dismissed.

CASARETO, Plaintiff, v. COLEMAN, et al, Defendants and Respondents (Howell, Intervenor and Appellant)
(4 N. W.2d 816.)

(File No. 8475. Opinion filed July 13, 1942.)
Rehearing Denied November 9, 1942

**Danforth & Danforth, T. R. Johnson,** and **T. G. Owen,** all of Sioux Falls, for Appellants.

**Bailey, Voorhees, Woods & Bottum** and **Howell L. Fuller,** all of Sioux Falls, for Respondents.

SMITH, J. This is a companion case to that of New York Life Insurance Co. v. Frank Hyde et al., 68 S. D. 516, 4 N. W.2d 812, in which opinion has this day been filed. The appeal in this case is ruled by that opinion.

The judgment and order of the trial court are reversed.

All the Judges concur.